AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Olayinka Ajamu Babatunde aka Michael McCoy )<br>*Plaintiff* )<br>v. )<br>Marlboro, The County of )<br>*Defendant* ) | Civil Action No. 4:10-cv-00291-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court adopts the Magistrate Judge recommendation. Plaintifs complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour.

Date: May 28, 2010

*CLERK OF COURT*

s/Meredith Cotton

*Signature of Clerk or Deputy Clerk*